## IN RE: Subpoena for Appearance as Character Witness Issued to Judge Craig TREBILCOCK

### No. 72 EM 2017

Supreme Court of Pennsylvania.

June 20, 2017

### ORDER

PER CURIAM

**AND NOW,** this 20th day of June, 2017, the Petition for Allowance of a Subpoena is **DENIED.**

Justice Todd did not participate in the consideration or decision of this matter.

## IN the INTEREST OF: J.B.

### Petition of: J.B.

### No. 386 WAL 2016

Supreme Court of Pennsylvania.

June 21, 2017·

### ORDER

PER CURIAM

**AND NOW,** this 21st day of June, 2017, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED** to the following issues, as stated by Petitioner:

1. Did the Superior Court err in holding that the evidence adduced at [J.B.'s juvenile adjudication hearing], when viewed in the light most favorable to the Commonwealth as the verdict winner, was sufficient to establish beyond a reasonable doubt that Appellant J.B. committed the crimes in question?

2. Did the Superior Court err in holding that the juvenile court committed no palpable abuse of discretion in finding that Appellant J.B. committed the crimes in question, when the verdict was against the weight of the evidence introduced at [his juvenile adjudication hearing]?

The Petition is otherwise **DENIED.**

Justices Donohue and Wecht did not participate in the decision of this matter.

## COMMONWEALTH of Pennsylvania, Respondent

### v.

### Darnell WILLIAMS, Petitioner

### No. 38 EAL 2017

Supreme Court of Pennsylvania.

June 21, 2017

### ORDER

PER CURIAM

**AND NOW,** this 21st day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**